# EXHIBIT A

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

Stewart N. Abramson )
    Plaintiff )
                                              )
                                              )   CIVIL DIVISION
      v.                                       )   ARBITRATION DOCKET
                                              )   No. AR-14-001026
Caribbean Cruise Line, Inc. )
Plaza Resorts, Inc. )
    Defendants )

### PLAINTIFF'S ORIGINAL COMPLAINT

#### The Facts Related to this Case:

1. At all times material, Plaintiff Stewart N. Abramson (hereinafter referred to as Plaintiff and/or Abramson) was and is an individual residing in Allegheny County, Pennsylvania at 522 Glen Arden Drive, Pittsburgh, PA 15208.

2. At all times material, Defendant Caribbean Cruise Line, Inc. (hereinafter referred to as Defendant and/or Caribbean Cruise Line) was registered with the Florida Department of State, Division of Corporations (Document Number P08000050872, EIN Number 26-3290287). The principal address was listed as 5100 North State Road 7, Fort Lauderdale, FL 33319. The mailing address was listed as 2419 East Commercial Boulevard, Suite 100, Fort Lauderdale, FL 33308, and the registered agent for service of process was listed as Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.

3. At all times material, Defendant Plaza Resorts, Inc. (hereinafter referred to as Defendant and/or Plaza Resorts) was registered with the Florida Department of State, Division of Corporations (Document Number P98000068857, EIN Number 65-0855724). The principal address and mailing address were both listed as 2419 East Commercial Boulevard, Suite 100, Fort Lauderdale, FL 33308, and the Registered Agent for Service of Process was listed as Greenspoon Marder, 100 West Cypress Creek Road, Suite 700, Fort Lauderdale, FL 33309.

4. At all times material, Defendants Caribbean Cruise Line and Plaza Resorts both did business using the Internet web sites www.caribbeancl.com, www.isonvacation.com, and www.bestcruisegetaway.com.

5. At all times material, Defendants Caribbean Cruise Line and Plaza Resorts both did business using the telephone numbers 412-397-8804, 800-221-8200, 888-376-0714, and 800-237-3503.

6. At all times material, Defendants Caribbean Cruise Line and Plaza Resorts were not registered as telemarketers in the State of Pennsylvania.

7. At all times material, Defendant Caribbean Cruise Line was registered to sell travel with the State of Florida (Seller of Travel Registration Number ST-37425), with the State of California (CST Registration Number 2095114-50), with the State of Indiana (Registration Number T.S. 09-1001), and with the State of Nevada (Seller of Travel Registration Number 2400-0047).

8. The Defendants have been sued previously several times in various Federal District Courts, and in the Court of Common Pleas of Allegheny County, for violations of the Telephone Consumer Protection Act (TCPA), including for initiating telemarketing calls that deliver prerecorded messages, such as is alleged in this instant complaint.

9. On 2/3/14, at approximately 1:04 PM, Plaintiff received a telephone call on his residential home telephone line from the caller ID number 412-397-8804 (hereinafter referred to as **CALL 1**). Plaintiff picked up his telephone on the first or second ring, and said "Hello". The caller did not respond to Plaintiff's greeting. Instead, the caller hung up on Plaintiff.

10. On 2/3/14, at approximately 1:18 PM, Plaintiff received a telephone call on his residential home telephone line from the caller ID number 412-397-8804 (hereinafter referred to as **CALL 2**). Plaintiff picked up his telephone on the first or second ring, and said "Hello". In response to his greeting Plaintiff heard a female voice say: "Hi, this is Jennifer with Caribbean Cruise Line, can you hear me OK?" Plaintiff responded to the question, but it quickly became clear to Plaintiff that he was not actually talking with a live person. Instead, it was abundantly clear to Plaintiff that he was interacting with an attended, or possibly even unattended, prerecorded message delivery system. Plaintiff asked the caller to repeat her name, but in response the caller hung up on Plaintiff.

11. On 2/3/14 Plaintiff called the CID number 412-397-8804 and again heard the same prerecorded message say: "Hi, this is Jennifer with Caribbean Cruise Line, can you hear me OK?" Plaintiff interacted with the attended or unattended prerecorded message delivery system until he was finally connected to a real live person who said her name was Bridgette. Bridgette informed Plaintiff that she worked for Caribbean Cruise line and that her direct telephone number was 888-376-0714, x5575. Plaintiff was transferred to other agents who gave their names as Dan and Robert, and each of them also informed Plaintiff that they worked for Caribbean Cruise Line. Plaintiff purchased the travel services that the telemarketing agents were selling. Robert informed Plaintiff that their customer service number was 800-221-8200, that the reservation number for his order was GP020314-087-JNZ, and that he could log into www.isonvacation.com using GP020314-087 and 92029. Plaintiff's credit card was subsequently charged by Defendant Plaza Resorts for the travel services that he had ordered.

## The Law Related to this Case:

12. The Telephone Consumer Protection Act of 1991 (47 USC 227), and the Federal Communication Commission's (FCC's) rules promulgated under that Act (47 CFR 64.1200, 64.1601, and 68.318), are hereinafter referred to collectively as the TCPA.

13. The TCPA is a Federal Act of Congress that provides individuals with a private right of action in their State Courts. The Court of Common Pleas of Allegheny County is an appropriate State Court to hear a cause of action brought under the TCPA (*Abramson v. Aegis Ins. Agency, Inc.*, 153 P.L.J. 174, 2005 TCPA Rep. 1362, 2005 WL 5088151).

14. It is the initiation of telephone calls for the furtherance of a business purpose without consent that constitutes a violation of the TCPA, and the Commonwealth of Pennsylvania retains personal jurisdiction over Defendants located in foreign States even if those Defendants are alleged to have directed only a single telephone solicitation or unsolicited advertisement into Pennsylvania in violation of the TCPA (*Abramson v. Perfekt Marketing*, 2007 TCPA Rep. 1547; *Abramson v. Royalty Holidays*, 2006 TCPA Rep. 1447, AR-05-008412, C.P. Allegheny County, PA, Memorandum Order, Judge Wettick, April 4, 2006).

15. Plaintiff intends to serve Defendants located outside the Commonwealth of Pennsylvania by certified mail, return receipt requested, pursuant to Pa. R.C.P. 402, 403, 404, 405, and 424 (*Abramson v. Satellite Systems Network*, AR-05-001510, Memorandum Order, Judge Wettick, April 15, 2005; *Reichert v. TRW*, 385 Pa. Super. 416, 561 A.2d. 745 (1989), reviewed on other grounds, 531 pa. 193, 611 A.2d. 1191 (1992); Goodrich-Amram, Standard Pennsylvania Practice, 2d, sections 403:1, 404(2):1, and 424:4 (2001)).

16. The FCC's rules at 47 CFR 64.1200(a)(3), 47 CFR 64.1200(b)(1) and 47 CFR 64.1200(b)(2) were promulgated under 47 USC 227(b).

17. The FCC's rules at 47 CFR 64.1200(a)(3) state that:

   (a) No person or entity may:
      (3) Initiate any telephone call to any residential line using an artificial or prerecorded voice to deliver a message without the prior express written consent of the called party, unless the call:
        (i) Is made for emergency purposes,
        (ii) Is not made for a commercial purpose,
        (iii) Is made for a commercial purpose but does not include or introduce an unsolicited advertisement or constitute telemarketing,
        (iv) Is made by or on behalf of a tax-exempt nonprofit organization, or
        (v) Delivers a "health care" message made by, or on behalf of, a "covered entity" or its "business associate," as those terms are defined in the HIPAA Privacy Rule, 45 CFR 160.103.

18. The FCC's rules at 47 CFR 64.1200(b)(1) and 47 CFR 64.1200(b)(2) state that:

   (b) All artificial or prerecorded voice telephone messages shall:
   (1) At the beginning of the message, state clearly the identity of the business, individual, or other entity that is responsible for initiating the call. If a business is responsible for initiating the call, the name under which the entity is registered to conduct business with the State Corporation Commission (or comparable regulatory authority) must be stated;
   (2) During or after the message, state clearly the telephone number (other than that of the autodialer or prerecorded message player that placed the call) of such business, other entity, or individual. The telephone number provided may not be a 900 number or any other number for which charges exceed local or long distance transmission charges. For telemarketing messages to residential telephone subscribers, such telephone number must permit any individual to make a do-not-call request during regular business hours for the duration of the telemarketing campaign;

19. The TCPA provides a private right of action at 47 USC 227(b)(3) for violations of 47 CFR 64.1200(a)(3), 47 CFR 64.1200(b)(1) and 47 CFR 64.1200(b)(2) which states that:

   A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State--
   (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,
   (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or
   (C) both such actions.
   If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.

20. The term "willful" is defined at 47 USC 312(f)(1) as:

   "The conscious and deliberate commission or omission of [an] act, irrespective of any intent to violate any provision of this Act or any rule or regulation of the Commission authorized by this Act."

**Prayer for Relief:**

21. Plaintiff alleges that Defendants Caribbean Cruise Line, Plaza Resorts and/or an employee, agent, or affiliate acting on their behalf, initiated and/or made **CALL 1** and **CALL 2** to Plaintiff's residential telephone line.

22. Plaintiff alleges that **CALL 1** and **CALL 2** were made for a commercial purpose, and that they included or introduced an unsolicited advertisement or constituted telemarketing.

23. Plaintiff alleges that **CALL 1** and **CALL 2** delivered prerecorded messages to Plaintiff's residential telephone line using a prerecorded voice without Plaintiff's prior express consent, in violation of 47 CFR 64.1200(a)(3).

24. Plaintiff alleges that **CALL 1** and **CALL 2** delivered a prerecorded message without providing any identification about the caller, in violation of 47 CFR 64.1200(b)(1).

25. Plaintiff alleges that **CALL 1** and **CALL 2** delivered a prerecorded message without providing a telephone number for the caller, in violation of 47 CFR 64.1200(b)(2).

26. Pursuant to 47 USC 227(b)(3), Plaintiff hereby requests that the court award the minimum mandatory statutory damages of $1,000.00 from Defendants Caribbean Cruise Line and Plaza Resorts for two separate violations of 47 CFR 64.1200(a)(3).

27. Pursuant to 47 USC 227(b)(3), Plaintiff hereby requests that the court award the minimum mandatory statutory damages of $1,000.00 from Defendants Caribbean Cruise Line and Plaza Resorts for two separate violations of 47 CFR 64.1200(b)(1).

28. Pursuant to 47 USC 227(b)(3), Plaintiff hereby requests that the court award the minimum mandatory statutory damages of $1,000.00 from Defendants Caribbean Cruise Line and Plaza Resorts for two separate violations of 47 CFR 64.1200(b)(2).

29. Plaintiff alleges that the actions and omissions of Defendants Caribbean Cruise Line and Plaza Resorts were conscious and deliberate, and that they violated 47 CFR 64.1200(a)(3), 47 CFR 64.1200(b)(1), and 47 CFR 64.1200(b)(2) of the TCPA willfully.

30. Pursuant to 47 USC 227(b)(3), Plaintiff hereby requests that the court treble the requested minimum mandatory statutory damages of $3,000.00 to the maximum statutory damages allowed by law of $9,000.00.

**WHEREFORE,** Plaintiff requests judgment in his favor, and against Defendants Caribbean Cruise Line Inc. and Plaza Resorts Inc., jointly and severally for $9,000.00 plus all reasonable court costs and attorney's fees.

| e-filed: Stewart Abramson | 2/28/14 |
|---|---|
| Stewart N. Abramson, Plaintiff | Date |

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| Stewart N. Abramson <br>     Plaintiff <br><br> v. <br><br> Caribbean Cruise Line, Inc. <br> Plaza Resorts, Inc. <br>     Defendants | ) <br> ) <br> ) CIVIL DIVISION <br> ) ARBITRATION DOCKET <br> ) No. AR-14-001026 <br> ) <br> ) <br> ) |

## VERIFICATION

Plaintiff Stewart N. Abramson verifies, pursuant to 18 Pa. C.S. Section 4904, that the facts set forth in the foregoing Plaintiff's Original Complaint are true and correct to the best of his knowledge, information and belief.


__e-filed: Stewart Abramson__            __2/28/14__
Stewart N. Abramson, Plaintiff               Date

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| Stewart N. Abramson<br>    Plaintiff<br><br>v.<br><br>Caribbean Cruise Line, Inc.<br>Plaza Resorts, Inc.<br>    Defendants | )<br>)<br>) CIVIL DIVISION<br>) ARBITRATION DOCKET<br>) No. AR-14-001026<br>)<br>)<br>) |

TYPE OF PLEADING:
Important 10 Day Notice of
Intent to File Praecipe to
Enter Judgment by Default


FILED BY:
Stewart N. Abramson
Plaintiff


Counsel of Record:
Stewart N. Abramson, Pro Se


ADDRESS:
522 Glen Arden Drive
Pittsburgh, PA   15208
412-362-4233 (voice)
412-362-7668 (fax)

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

Stewart N. Abramson )
    Plaintiff )
)  CIVIL DIVISION
v. )  ARBITRATION DOCKET
)  No. AR-14-001026
Caribbean Cruise Line, Inc. )
Plaza Resorts, Inc. )
    Defendants )

## IMPORTANT 10 DAY NOTICE, PURSUANT TO RULE 237.1(a)(2), OF INTENT TO FILE PRAECIPE TO ENTER JUDGMENT BY DEFAULT

## IMPORTANT NOTICE

**YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS. YOU SHOULD TAKE THIS NOTICE TO A LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE FOLLOWING OFFICE TO FIND OUT WHERE YOU CAN GET LEGAL HELP:**

LAWYER REFERRAL SERVICE
The Allegheny County Bar Association
920 City-County Building
Pittsburgh, PA   15219
Telephone: (412) 261-5555

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

Stewart N. Abramson )
    Plaintiff )
     ) CIVIL DIVISION
v. ) ARBITRATION DOCKET
     ) No. AR-14-001026
Caribbean Cruise Line, Inc. )
Plaza Resorts, Inc. )
    Defendants )

## CERTIFICATE OF SERVICE

Plaintiff hereby verifies, Pursuant to 18 Pa C.S. Section 4904, that a true and correct copy of the forgoing Important 10 Day Notice of Intent to File Praecipe to Enter Judgment by Default was served by regular United States Postal Service mail on ___3/31/14___ to the Defendants Caribbean Cruise Line, Inc. and Plaza Resorts, Inc. at the following addresses:

Plaza Resorts, Inc.
Caribbean Cruise Line, Inc.
2419 East Commercial Boulevard, Suite 100
Fort Lauderdale, FL   33308

Plaza Resorts, Inc.
c/o Greenspoon Marder
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL   33309

Caribbean Cruise Line, Inc.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL   32301

Plaza Resorts, Inc.
Caribbean Cruise Line, Inc.
c/o Eric Feld, Esq.
Greenspoon Marder, P.A.
200 East Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301


__e-filed:  Stewart Abramson__              __3/31/14__
Stewart N. Abramson, Plaintiff                    Date

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| Stewart N. Abramson<br>    Plaintiff<br><br>    v.<br><br>Caribbean Cruise Line, Inc.<br>Plaza Resorts, Inc.<br>    Defendants | )<br>)<br>)  CIVIL DIVISION<br>)  ARBITRATION DOCKET<br>)  No. AR-14-001026<br>)<br>)<br>) |

TYPE OF PLEADING:
Verification of Service

FILED BY:
Stewart N. Abramson
Plaintiff

Counsel of Record:
Stewart N. Abramson, Pro Se

ADDRESS:
522 Glen Arden Drive
Pittsburgh, PA  15208
412-362-4233 (voice)
412-362-7668 (fax)

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| Stewart N. Abramson )<br>    Plaintiff )<br>)<br>v. )<br>)<br>Caribbean Cruise Line, Inc. )<br>Plaza Resorts, Inc. )<br>    Defendants ) | CIVIL DIVISION<br>ARBITRATION DOCKET<br>No. AR-14-001026 |

## **VERIFICATION OF SERVICE**

Based upon his knowledge, and from personal examination of the attached documents, Plaintiff hereby verifies pursuant to 18 Pa. C.S. Section 4904 that:

On 3/4/14 at 9:49 AM Defendant Caribbean Cruise Line, Inc. was served care of Corporation Service Company at 1201 Hays Street, Tallahassee, FL 32301 by the United States Postal Service (certified mail and return receipt requested) with a copy of the previously filed Plaintiff's Original Complaint AR-14-001026 including a Notice of Suit.

On 3/4/14 at 10:39 AM Defendant Caribbean Cruise Line, Inc. and Defendant Plaza Resorts Inc. were both served at 2419 East Commercial Boulevard, Suite 100, Fort Lauderdale, FL 33308 by the United States Postal Service (certified mail and return receipt requested) with a copy of the previously filed Plaintiff's Original Complaint AR-14-001026 including a Notice of Suit.

On 3/4/14 at 12:58 PM Defendant Plaza Resorts, Inc. was served care of Greenspoon Marder at 100 West Cypress Creek Road, Suite 700, Fort Lauderdale, FL 33309 by the United States Postal Service (certified mail and return receipt requested) with a copy of the previously filed Plaintiff's Original Complaint AR-14-001026 including a Notice of Suit.

    e-filed: Stewart Abramson                            3/31/14
Stewart N. Abramson, Plaintiff                               Date

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

Stewart N. Abramson )
    Plaintiff )
     ) CIVIL DIVISION
v. ) ARBITRATION DOCKET
     ) No. AR-14-001026
Caribbean Cruise Line, Inc. )
Plaza Resorts, Inc. )
    Defendants )

## CERTIFICATE OF SERVICE

Plaintiff hereby verifies, Pursuant to 18 Pa C.S. Section 4904, that a true and correct copy of the forgoing Verification of Service was served by regular United States Postal Service mail on ___3/31/14___ to the Defendants Caribbean Cruise Line, Inc. and Plaza Resorts, Inc. at the following addresses:

Plaza Resorts, Inc.
Caribbean Cruise Line, Inc.
2419 East Commercial Boulevard, Suite 100
Fort Lauderdale, FL   33308

Plaza Resorts, Inc.
c/o Greenspoon Marder
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL   33309

Caribbean Cruise Line, Inc.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL   32301

Plaza Resorts, Inc.
Caribbean Cruise Line, Inc.
c/o Eric Feld, Esq.
Greenspoon Marder, P.A.
200 East Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301


  __e-filed:  Stewart Abramson__           _____3/31/14_____
    Stewart N. Abramson, Plaintiff                   Date



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

TALLAHASSEE FL 3230

| | | |
|---|---|---|
| Postage | $ | $5.60  0017 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $11.60 |

Postmark Here  03/01/2014

7012 1640 0001 1377 3818

Sent To: Caribbean Cruise Line Service Co. c/o Corporation
Street, Apt. No.; or PO Box No. 1201 Hays Street
City, State, ZIP+4 Tallahassee, FL 32301

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Caribbean Cruise Line, Inc.
   c/o Corporation Service Company
   1201 Hays Street
   Tallahassee, FL   32301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Nathan Hutt_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Nathan Hutt
C. Date of Delivery: 03/04/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7012 1640 0001 1377 3818

PS Form 3811, July 2013    Domestic Return Receipt



# USPS Tracking™

Tracking Number: 70121640000113773825

**DELIVERED**

Expected Delivery Day: Tuesday, March 4, 2014

## Product & Tracking Information

**Postal Product:** Priority Mail 2-Day  
**Features:** Certified Mail — Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 4, 2014, 10:39 am | Delivered | FORT LAUDERDALE, FL 33308 |
| March 4, 2014, 8:33 am | Out for Delivery | FORT LAUDERDALE, FL 33307 |
| March 4, 2014, 8:23 am | Sorting Complete | FORT LAUDERDALE, FL 33307 |
| March 4, 2014, 7:38 am | Arrival at Unit | FORT LAUDERDALE, FL 33307 |
| March 4, 2014 | Depart USPS Sort Facility | OPA LOCKA, FL 33054 |
| March 3, 2014, 7:22 pm | Processed through USPS Sort Facility | OPA LOCKA, FL 33054 |
| March 2, 2014 | Depart USPS Sort Facility | WARRENDALE, PA 15086 |
| March 1, 2014, 7:51 pm | Processed at USPS Origin Sort Facility | WARRENDALE, PA 15086 |
| March 1, 2014, 6:46 pm | Dispatched to Sort Facility | PITTSBURGH, PA 15217 |
| March 1, 2014, 11:23 am | Acceptance | PITTSBURGH, PA 15217 |

## Available Actions

Email Updates

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

FORT LAUDERDALE FL 33308

| | | |
|---|---|---|
| Postage | $ | $5.60  0017 |
| Certified Fee | | 3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $11.60  03/20/2014 |

7012 3640 0001 1377 3825

Sent To: Caribbean Cruise Line/Plaza Resorts
Street, Apt. No.; or PO Box No. 2419 E. Commercial Blvd #100
City, State, ZIP+4 Fort Lauderdale, FL 33308

PS Form 3800, August 2006   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Finley                        3/24/14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Plaza Resorts, Inc.
Caribbean Cruise Line, Inc.
2419 East Commercial Boulevard, Suite 100
Fort Lauderdale, FL   33308

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, July 2013   Domestic Return Receipt



| Date & Time | Status of Item | Location |
|---|---|---|
| March 4, 2014, 12:58 pm | Delivered | FORT LAUDERDALE, FL 33309 |
| March 4, 2014, 7:17 am | Out for Delivery | FORT LAUDERDALE, FL 33310 |
| March 4, 2014, 7:07 am | Sorting Complete | FORT LAUDERDALE, FL 33310 |
| March 4, 2014, 5:04 am | Arrival at Unit | FORT LAUDERDALE, FL 33310 |
| March 4, 2014 | Depart USPS Sort Facility | OPA LOCKA, FL 33054 |
| March 3, 2014, 7:28 pm | Processed through USPS Sort Facility | OPA LOCKA, FL 33054 |
| March 2, 2014 | Depart USPS Sort Facility | WARRENDALE, PA 15086 |
| March 1, 2014, 7:51 pm | Processed at USPS Origin Sort Facility | WARRENDALE, PA 15086 |
| March 1, 2014, 6:46 pm | Dispatched to Sort Facility | PITTSBURGH, PA 15217 |
| March 1, 2014, 11:22 am | Acceptance | PITTSBURGH, PA 15217 |

Tracking Number: 70121640000113778141

Expected Delivery Day: Tuesday, March 4, 2014

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $5.60 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $11.60 |

Postmark Here — 03/01/2014

Sent To: Plaza Resorts c/o Greenspoon Marder
Street, Apt. No.; or PO Box No.: 100 W. Cypress Creek Rd #700
City, State, ZIP+4: Fort Lauderdale, FL 33309

PS Form 3800, August 2006

Article Number: 7012 1640 0001 1377 8141

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Kaley Torres  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Kaley Torres
C. Date of Delivery: 3/4/14
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:

   Plaza Resorts, Inc.
   c/o Greenspoon Marder
   100 West Cypress Creek Road, Suite 700
   Fort Lauderdale, FL  33309

3. Type:
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 1640 0001 1377 8141

PS Form 3811, July 2013   Domestic Return Receipt