# EXHIBIT B

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| STEWART N. ABRAMSON | CIVIL DIVISION |
| Plaintiff, | Case No. AR-14-001026<br>(Civil Arbitration Docket) |
| v. | **NOTICE OF FILING NOTICE OF REMOVAL** |
| CARIBBEAN CRIUSE LINE, INC., and PLAZA RESORTS, INC. | Filed on behalf of Defendants Caribbean Cruise Line, Inc. and Plaza Resorts, Inc. |
| Defendants. | Counsel of Record for Defendants Caribbean Cruise Line, Inc. and Plaza Resorts, Inc.: |

Bradley J. Kitlowski, Esquire
Pa. I.D. No. 209305

BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219–1410
(412) 562–8800

IN THE COURT OF COMMON PLEAS FOR
ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| STEWART N. ABRAMSON  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>CARIBBEAN CRIUSE LINE, INC., and  )<br>PLAZA RESORTS, INC.  )<br>  )<br>        Defendants.  )<br>  ) | Case No.: AR-14-001026<br>(Civil Arbitration Docket) |

### NOTICE OF FILING NOTICE OF REMOVAL

Defendants CARIBBEAN CRUISE LINE, INC. ("CCL") and PLAZA RESORTS, INC. ("Plaza") (collectively, "Defendants") hereby file the attached Notice of Removal filed in the United States District Court for the Western District of Pennsylvania. Pursuant to 28 U.S.C. § 1446(d), the filing of this notice effects the removal of this case, and this Court shall proceed no further unless the case is remanded from the District Court.

Dated: April 3, 2014                    Respectfully submitted,

                                                    BUCHANAN INGERSOLL & ROONEY PC

                                                    By: _____
                                                         Bradley J. Kitlowski (Pa. Id. #209385)

                                                      One Oxford Centre, 20th Floor
                                                      301 Grant Street
                                                      Pittsburgh, PA 15219-1410
                                                      Telephone: (412) 562-8800
                                                      Facsimile: (412) 562-1041
                                                      E-mail: bradley.kitlowski@ bipc.com

                                                      Attorneys for Defendants

*Abramson v. Caribbean Cruise Line, Inc. and Plaza Resorts, Inc.*
Defendants' Notice of Filing Notice of Removal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via US Mail and Electronic Mail on this Thursday, April 03, 2014 to:

> Stewart N. Abramson
> *Plaintiff pro se*
> 522 Glen Arden Dr.
> Pittsburgh, PA 15208
> Tel: 412.362.4233
> Fax: 412.362.7668
> E-mail: legal247@verizon.net

Bradley J. Kitlowski