IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART N. ABRAMSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 2:14-cv-0435-MBC |
| CARRIBBEAN CRUISE LINE, INC. | ) ) |
| Defendant. | ) ) |

### ORDER

AND NOW, this 11th day of September, 2014, the Court having been advised by counsel for the Plaintiff that the above-captioned case will be settled and that a stipulation for dismissal under Fed.R.Civ.P. 41(a) will be filed in due course, and, it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED, that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

Maurice B. Cohill, Jr.
Senior United States District Judge